

**RUPP, ANDERSON, SQUIRES, WALDSPURGER & MACE, P.A.**

Scott T. Anderson
Jay T. Squires*†
Michael J. Waldspurger*
Amy E. Mace
Trevor S. Helmers*
John P. Edison*
Liz J. Vieira
Kristin C. Nierengarten
Tessa S. Wagner

Zachary J. Cronen
Michael J. Ervin
Abigail R. Kelzer
Ryan P. Supple*
Marcus B. Jardine
Nathan S. Froemming*
Jessica M. Anderson

*Also Admitted in Wisconsin
†Real Property Specialist Certified - MN State Bar Association

February 11, 2022

Magistrate Judge John F Docherty
United States District Court
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

    RE:    Kurtenbach v. Yellow Medicine County, et. al.
             Our File No. 1070-1018
             Case No. 21-cv-00352-KMM-JFD

Dear Magistrate Judge Docherty:

       This correspondence is submitted pursuant to the court's text order of February 7, 2022, on the above-referenced matter. It is submitted on behalf of Defendants Yellow Medicine County, Keith Helgeson, Gregory Barnes, Wayne DeBlieck and Kathy Busack.

       In regard to Plaintiff Matthew Kurtenbach's Notice of Settlement, Document 106, filed on February 4, these defendants confirm that they have settled all claims asserted in the litigation against them. Settlement discussions have been in writing, with a turn-around time of 8 to 10 days from the date we mail a letter to Plaintiff until we receive a reply. We learned on February 4 that the last conditions we had stated needed to be met for there to be a settlement were agreed to by Plaintiff.

       As a result, a settlement and release of all claims was drafted and sent out to the Plaintiff early this week. While composing this letter, the Plaintiff contacted the undersigned by phone. He had received the settlement agreement and had some questions. The result of that call is that I can tell you Plaintiff indicated he was signing the settlement agreement and would return it to the undersigned next week.

       I also drafted and submitted to Mr. Kurtenbach with the Settlement and Release of All Claims a Stipulation of Dismissal with Prejudice of the claims against my clients. That should also be returned to the undersigned next week and therefore we will be able to have that to the court prior to the date specified in the text order of February 7.

February 11, 2022
Magistrate Judge Docherty
Page 2

                      Very Truly Yours,

                      Scott T. Anderson

STA/
Cc: Joseph E Flynn
     Matthew Kurtenbach