UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Kurtenbach,<br><br>    Plaintiff,<br><br>v.<br><br>Yellow Medicine County,<br>Keith Helgeson,<br>Gregory Barnes,<br>Wayne DeBlieck,<br>Travis MacLeod, and<br>Kathy Busack,<br><br>    Defendants. | Case No. 21-cv-352 (KMM/JFD)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST YELLOW MEDICINE COUNTY, KEITH HELGESON, GREGORY BARNES, WAYNE DEBLIECK AND KATHY BUSACK** |

The above-entitled action having been fully compromised and settled,

IT IS HEREBY STIPULATED, by and between the parties hereto, through the Pro Se Plaintiff and the attorneys for Defendants Yellow Medicine County, Keith Helgeson, Gregory Barnes, Wayne DeBlieck and Kathy Busack, that the claims of Plaintiff against Defendants Yellow Medicine County, Keith Helgeson, Gregory Barnes, Wayne DeBlieck and Kathy Busack, may be and are hereby dismissed on their merits with prejudice but without costs, disbursements or attorneys fees to any of the parties hereto;

MATTHEW KURTENBACH

By */s/ Matt Kurtenbach/*
Matthew Kurtenbach
OID #262814
MCF Faribault
1101 Linden Lane
Faribault, MN 55021

PRO SE PLAINTIFF

Dated: 2-11-22

RUPP, ANDERSON, SQUIRES,
WALDSPURGER & MACE, P.A.

By */s/ Scott T. Anderson/*
Scott T. Anderson (#157405)
333 South Seventh Street, Ste. 2800
Minneapolis, MN 55402
(612) 436-4300
scott.anderson@raswlaw.com

ATTORNEYS FOR DEFENDANTS
YELLOW MEDICINE COUNTY,
KEITH HELGESON, GREGORY
BARNES, WAYNE DEBLIECK
AND KATHY BUSACK

Dated: 2-16-22

2